FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jun 17 2022

KEVIN P. WEIMER, Clerk

By: Sonya Nuckolls
                Deputy Clerk

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JELANI KAZMENDE, WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR.

**CRIMINAL COMPLAINT**

Case Number: 1:22-MJ-548-RGV

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 2, 2022 through on or about June 16, 2022 in Cobb County, in the Northern District of Georgia, defendants did possess a firearm as a prohibited person, possess and conspire to possess a machinegun, engage in and conspire to engage in the business of dealing in firearms without a license, and possess an unregistered firearm,

in violation of Title 18, United States Code, Sections 922(g)(1), 922(o), 922(a)(1)(A), and 371 and Title 26, United States Code, Section 5861(d).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Ashley Joseph*
Signature of Complainant
Ashley Joseph

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| June 17, 2022 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*Russell G. Vineyard*
Signature of Judicial Officer

AUSA Theodore S. Hertzberg / 2022R00473 / theodore.hertzberg@usdoj.gov

I, Ashley Joseph, depose and say under penalty of perjury:

**Background**

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since December 5, 2021, when I entered on duty at the FBI Academy in Quantico, Virginia. While stationed at Quantico, I received extensive training in conducting federal investigations, including training in interviewing witnesses, conducting surveillance, and making arrests. I am currently assigned to the FBI Atlanta Field Office and am responsible for investigating violent crimes including, but not limited to, armed robbery, homicide, aggravated assault, commercial business robberies, gang-related offenses, and firearms violations in the Atlanta metro area. I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. Prior to being employed as a Special Agent, I served as a law enforcement officer for the City of Sarasota, Florida for approximately three-and-a-half years. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrants and does not set forth all of my knowledge about this matter.

2. I make this affidavit in support of a criminal complaint against JELANI KAZMENDE, WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR., for violations of Title 18, United States Code, 922(g)(1) (Possession of a Firearm by a Prohibited Person), 922(o) (Possession of a Machinegun), 922(a)(1)(A) (Unlicensed Dealing in Firearms), and

371 (Conspiracy to Possess a Machinegun, Engage in the Business of Dealing in Firearms Without a License, and Possession an Unregistered Firearm); and Title 26, United States Code, Section 5861(d) (Possession of an Unregistered Firearm).

3. The information set forth in this affidavit is based upon my experience, training, personal knowledge, observations, and consultations with other law enforcement personnel and other sources of information related to this investigation. This affidavit does not include all of the facts known to me regarding this investigation, only those sufficient to establish probable cause that federal laws have been violated.

### Statement of Probable Cause

4. In May 2022, a confidential human source ("CHS") informed FBI Special Agents that a black male later identified as Wiley MARTIN was selling machineguns. According to the CHS, MARTIN advised that he had obtained the weapons from a military veteran out-of-state.

5. Agents reviewed MARTIN's criminal history. Records show that MARTIN has a 2017 felony conviction for Burglary in Muscogee County (Georgia) Superior Court; a 2017 felony conviction for Possession of Cocaine in Cobb County (Georgia) Superior Court; and a 2021 felony conviction for Cruelty to Children in the First Degree in Cobb County (Georgia) Superior Court.

6. On June 1, 2022, MARTIN told the CHS he had six (6) automatic weapons in his inventory and was willing to sell the firearms for $6,000 total ($1,000 each). MARTIN agreed to meet the CHS on June 2, 2022 to sell his automatic weapons.

7. On June 2, 2022, FBI Agents observed MARTIN meet a man in the parking lot of the Right Off the Bone restaurant located at 678 Powder Springs Street, Marietta, Georgia (Right Off the Bone) within the Northern District of Georgia. The man exited a black Ford Excursion, North Carolina plate number JAH6220, registered to Jelani KAZMENDE. The man transferred several long brown boxes into MARTIN's vehicle, a silver Ford Explorer with Georgia temporary tag number P3415241, registered to Selencia MARTIN at 2402 Cranbrook Circle, Austell, Georgia. Thereafter, MARTIN departed the parking lot. It was learned later that the Right Off the Bone restaurant is owned by KAZMENDE.

8. The CHS and two FBI undercover employees ("UCEs") met MARTIN in the vicinity of a Neighborhood Walmart store on Austell Road SW, Marietta, Georgia 30008. MARTIN introduced himself as "Wiley" and showed the UCEs five (5) firearms in boxes. One of the FBI UCEs asked if the firearms were fully automatic, and MARTIN advised they were. MARTIN stated the sixth firearm was at his house, and that he could retrieve it. The FBI UCEs paid MARTIN $5,000 for the five (5) firearms and transferred them into their vehicle. MARTIN provided the UCEs with a cellular telephone number and advised he could sell more firearms to the UCE in the future.

9. Agents observed MARTIN depart the meeting location and drive to a residence at 2402 Cranbrook Circle, Austell, Georgia. MARTIN thereafter exited the residence with a box and place it inside his vehicle. MARTIN drove back to the meeting location and showed the FBI UCEs the sixth firearm in a box. An FBI UCE paid MARTIN $1,000 for the final firearm and took possession of it.

10. The FBI UCEs and Special Agents of the Bureau of Alcohol, Tobacco, Firearm and Explosives ("ATF") who were present on the scene observed what appeared to be "full-auto sears" inside the firearms sold by MARTIN immediately following the purchase. An auto sear converts a semiautomatic firearm to shoot as a fully automatic weapon. As such, these items and their constituent parts in-and-of-themselves are considered to be machineguns and are subject to the requirements of the National Firearms Act.

11. Some of the firearms sold by MARTIN had no traceable serial numbers, or what appeared to be fabricated numbers etched into the lower receiver of the rifle.

12. On June 16, 2022, an FBI UCE scheduled a second meet with MARTIN to buy ten more automatic rifles. At approximately 1:30 p.m. that day, MARTIN contacted the CHS and conveyed that his (MARTIN's) firearm source of supply was stuck in traffic and would be bringing 16 guns.

13. At approximately 2:09 p.m., Agents conducting surveillance in the vicinity of the Right Off the Bone observed a silver Ford Explorer pull into Right Off the Bone's parking lot. Agents observed MARTIN exit the Ford Explorer and meet with KAZMENDE.

14. At approximately 3:30 p.m., a white GMC Yukon truck bearing North Carolina license plate PMW-9702 arrived at Right Off the Bone. A white male wearing a white t-shirt and red hat exited the GMC Yukon and gave three large brown boxes to KAZMENDE. The white male was later identified as Robert Louis JEFFORDS, Jr., and a law enforcement database search revealed that the Yukon was registered to Clinton Thad JEFFORDS ("Clinton") at 3213 Hudlow Road, Forest City, NC 28043.

4

15. KAZMENDE placed the three large brown boxes on a bench behind Right Off the Bone. MARTIN and KAZMENDE then carried the three large brown boxes into Right Off the Bone.

16. Agents conducting aerial surveillance relayed the above information to other agents and local law enforcement officers who were waiting at a staging location on the ground nearby. Those agents and local law enforcement officers then left the staging location and traveled to the Right Off the Bone restaurant. When the agents and officers arrived at the restaurant approximately five minutes later, they surrounded the building in marked and unmarked law enforcement vehicles with the emergency lights activated. JEFFORDS, who was outside the building when agents arrived, attempted to walk away from the scene. Agents detained him. SWAT operators, who announced themselves by shouting "police" and "FBI," repeatedly called for the occupants of the restaurant to come out. After approximately five minutes, KAZMENDE and MARTIN walked out of the restaurant with their hands raised. Agents arrested KAZMENDE, MARTIN, and JEFFORDS.

17. Pursuant to a warrant issued in Northern District of Georgia Case No. 1:22-MC-1148-RGV, agents searched the Right Off the Bone restaurant for specific items, including but not limited to firearms, firearm components, and electronic devices. Agents located the three large boxes that MARTIN and KAZMENDE had carried into the restaurant immediately prior to their arrests. Two of those three boxes contained rifles a total of 16 rifles. An ATF agent who examined the rifles did not see any auto sears in the 16 guns.

18. Agents searched the Yukon vehicle and recovered an envelope with what appeared to be handwritten instructions of what JEFFORDS should say if stopped by law enforcement and asked about the boxes inside the vehicle:



The last section of the note concluded with instructions about collecting money and not cooperating with law enforcement:

> Jay should have $ when you get there & I want you to hang out down the Road & wait he should have you most all the $ to bring home in Just an hour or 2 it tell him I sent him the Amount he owes for these plus his balance. He has a guy getting 20 as soon as you get there guy is coming from New York should be there between 12-2pm if Not there by 2pm call Karmen tell her you need to talk to me be careful if something goes bad with cops just dont say <u>NOThing</u> they cant do anything

19. An online search of Rutherford County, North Carolina tax records indicated that Karmen Elaine Hill JEFFORDS ("Karmen") and Clinton jointly own property in Forest

City, North Carolina. An open records search indicated that Karmen is 32 years old, and that Clinton is 33 years old. Based on Clinton's age, last name, city of residence, and the contents of the note reproduced above, I believe that Clinton is JEFFORDS's son and that Karmen is Clinton's wife.

20. Along the flap of the envelope, was a post-script that read: "P.S. the plastic clips that are the secret recipe are in the Big Brown envelope in Back of Yukon tell Jay he has to put them in All of the units cause I don't like driving them in the guns." I believe that "Jay" refers to KAZMENDE (whose first name, Jelani, starts with the letter J) and that "the plastic clips that are the secret recipe" refers to auto sears.

21. Agents searched the trunk of the Yukon but did not recover a brown envelope.

22. On June 17, 2022, I reviewed copies of digital photographs that had been taken on June 16, 2022 by an agent who was conducting surveillance of the Right Off the Bone restaurant. One such photograph depicts JEFFORDS walking into the restaurant carrying what appears to be a large brown or yellow envelope in his left hand:



23. When agents executed the aforementioned warrant to search the restaurant, they were unaware of the contents of the handwritten note recovered from the Yukon and its reference to a "Big Brown envelope." JEFFORDS, KAZMENDE, and/or MARTIN could have concealed the envelope within the restaurant before agents arrived on the scene.

## Conclusion

24. Based on the foregoing, I submit there is probable cause to believe that, on or about June 2, 2022 and June 16, 2022, in the Northern District of Georgia and elsewhere, JELANI KAZMENDE, WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR. violated Title 18, United States Code, 922(g)(1) (Possession of a Firearm by a Prohibited Person), 922(o) (Possession of a Machinegun), 922(a)(1)(A) (Unlicensed Dealing in Firearms), and 371 (Conspiracy to Possess a Machinegun, Engage in the Business of Dealing in Firearms Without a License, and Possession an Unregistered Firearm); and Title 26, United States Code, Section 5861(d) (Possession of an Unregistered Firearm).