ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 1 2 2022

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JELANI KAZMENDE,<br>WILEY MARTIN, AND<br>ROBERT LOUIS JEFFORDS, JR. | Criminal Indictment<br><br>No. 1:22-CR236 |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown, but at least by on or about June 2, 2022, and continuing until on or about June 16, 2022, in the Northern District of Georgia and elsewhere, the defendants, JELANI KAZMENDE, WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR., and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another, to violate the laws of the United States, that is:

- to possess a machinegun in violation of Title 18, United States Code, Section 922(o);
- to engage in the business of dealing in firearms in violation of Title 18, United States Code, Section 922(a)(1)(A); and
- to possess an unregistered firearm in violation of Title 26, United States Code, Sections 5845(a)(6) and (b), and 5861(d).

## Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, JELANI KAZMENDE, WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR., and others known and unknown to the Grand Jury, committed, and caused to be committed, at least one of the following overt acts:

1. On or about June 2, 2022, Defendant KAZMENDE removed several long brown boxes containing privately manufactured firearms from his car and placed the boxes into the trunk of Defendant MARTIN's vehicle.
2. Immediately after receiving the boxes from Defendant KAZMENDE, Defendant MARTIN drove his vehicle to a parking lot in Marietta, Georgia, where he met with two undercover employees of the Federal Bureau of Investigation ("FBI UCEs").
3. Defendant MARTIN removed five (5) privately manufactured firearms from his vehicle and sold them to the FBI UCEs.
4. Defendant MARTIN told the FBI UCEs that the privately manufactured firearms had been modified to fire automatically.
5. On that same day, on or about June 2, 2022, Defendant MARTIN drove to his home where he retrieved another privately manufactured firearm, and returned to the location to meet the same FBI UCEs. Defendant MARTIN then sold this sixth privately manufactured firearm to the FBI UCEs.
6. Later, on or about June 16, 2022, Defendants KAZMENDE, MARTIN, and ROBERT LOUIS JEFFORDS, JR. met outside a restaurant in Marietta, Georgia.

7. Defendants KAZMENDE, MARTIN, and JEFFORDS removed three (3) boxes from Defendant JEFFORDS's vehicle.

8. Defendants KAZMENDE and MARTIN carried the boxes into the restaurant. Two of the boxes contained sixteen (16) privately manufactured firearms and large capacity ammunition magazines.

9. In addition, Defendant JEFFORDS carried seventeen (17) drop-in auto sear devices into the restaurant.

All in violation of Title 18, United States Code, Section 371.

## Count Two

Beginning on a date unknown, but at least by on or about June 2, 2022, and continuing until on or about June 16, 2022, in the Northern District of Georgia and elsewhere, the defendants, JELANI KAZMENDE, WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR., aided and abetted by one another, and not being licensed dealers of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A), and Section 2.

## Count Three

On or about June 2, 2022, in the Northern District of Georgia, the defendants, JELANI KAZMENDE and WILEY MARTIN, aided and abetted by each other, did knowingly possess at least one machinegun as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), that is,

a privately manufactured AR15-style pistol with a drop-in auto sear device, all in violation of Title 18, United States Code, Section 922(o), and Section 2.

### Count Four

On or about June 2, 2022, in the Northern District of Georgia, the defendants, JELANI KAZMENDE and WILEY MARTIN, aided and abetted by each other, did knowingly possess a firearm, as that term is defined in Title 26, United States Code, Sections 5845(a)(6) and (b), that is, a privately manufactured AR15-style pistol with a drop-in auto sear device, that was not registered to either defendant in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Section 5861(d), and Title 18, United States Code, Section 2.

### Count Five

On or about June 16, 2022, in the Northern District of Georgia, the defendants, JELANI KAZMENDE, WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR., aided and abetted by one another, did knowingly possess at least one machinegun as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), that is, a drop-in auto sear device designed and intended solely and exclusively for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o), and Section 2.

### Count Six

On or about June 16, 2022, in the Northern District of Georgia, the defendants, JELANI KAZMENDE WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR., aided and abetted by one another, did knowingly possess at least one firearm, as

that term is defined in Title 26, United States Code, Sections 5845(a)(6) and (b), that is, a drop-in auto sear device designed and intended solely and exclusively for use in converting a weapon into a machinegun, that was not registered to any of the defendants in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d), and Title 18, United States Code, Section 2.

## Forfeiture Provision

Upon conviction of one or more of the offenses set forth in this Indictment, the defendants, JELANI KAZMENDE, WILEY MARTIN, and ROBERT LOUIS JEFFORDS, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved or used in the commission of the offense(s), including but not limited to:

   a. twenty-three (23) privately manufactured AR15-style pistols; and

   b. twenty-three (23) drop-in auto sear devices.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided
   f. without undue complexity or difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A ___True___ BILL

___/s/___
FOREPERSON

RYAN K. BUCHANAN
  United States Attorney

*/s/ Theodore Hertzberg*

THEODORE S. HERTZBERG
  Assistant United States Attorney
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181