# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JELANI KAZMENDE | Criminal Docket No.<br>1:22-cr-00236-SDG |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation entered by United States Magistrate Judge Christopher C. Bly [ECF 143], which recommends that Defendant Kazmende's motion to dismiss Counts Four and Six be DENIED AS MOOT [ECF 89]; that the motions to dismiss based on the Second Amendment and the Commerce Clause be DENIED [ECFs 90 and 104]; and that the motion to suppress be DENIED [ECF 91]. Neither party filed objections to the Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none.

Accordingly, this Court ADOPTS the Final Report and Recommendation [ECF 143] as the order of this Court.

IT IS SO ORDERED this 7th day of June, 2023.

_____
Steven D. Grimberg
United States District Court Judge